UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

ERIC CANGELOSI and
AILEEN CANGELOSI,                                    Case No. 8:19-bk-03978-RCT
                                                     Chapter 13

       Debtors.
_____/

READYCAP LENDING'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY
OR FOR ADEQUATE PROTECTION

ReadyCap Lending, LLC (ReadyCap) by and through its undersigned counsel, moves this

Court for Relief from the Automatic Stay, or in the alternative, for Adequate Protection, and

states as follows:

1.  The Court has jurisdiction over this matter pursuant to USC Sec.362, FRBP 40019(a) and

    other applicable provisions of the United States Bankruptcy Code, Federal Rules of

    Bankruptcy Procedure and the laws of the United States.

2.  The Debtors filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on

    April 29, 2019.

3.  ReadyCap holds a security interest in the Debtors' real property located at 264 Tulane

    Drive, Venice, Florida, by virtue of a Mortgage which is recorded on September 21,

    2005, in the Public Records of Sarasota County, Florida as Instrument No. 2005212612.

    The Mortgage secures a Note in the Principal Amount of $612,000.00.  The Mortgage

    was assigned to ReadyCap by an Assignment of Mortgage recorded in the Public Records

    of Sarasota County as instrument No. 2018103587 on August 28, 2014.  Copies of the

    Note and Mortgage are attached hereto as Exhibit A.

16-00009

4. The aforementioned Mortgage gives ReadyCap a third mortgage position on property legal described as:

> **LOT 13662, 13663 AND THE WEST ½ OF LOT 13664, SOUTH VENICE UNIT 52, ACCOREING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 7, PAGE 19 OF THE PUBLIC RECORDS OF SARSOTA COUNTY, FLORIDA.**

5. The loan went into default, and the parties entered into a Forbearance Agreement in July 2016, a copy of which is attached to ReadyCap's motion as Exhibit B.

6. The Debtors have defaulted under the terms of the forbearance agreement.

7. The property has been claimed exempt by the Debtors.

8. The Debtors are indebted to ReadyCap in the principal amount of $131,768.31 as shown by the affidavit of ReadyCap attached as Exhibit C.

9. Payments pursuant to the aforementioned Mortgage and Forbearance Agreement have been in default, and remain in default since December 1, 2017.

10. The Debtors have failed to adequately protect the interest of ReadyCap.

11. ReadyCap's security interest in the subject property is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents while ReadyCap is prohibited from pursuing lawful remedies to protect its security interest.

12. Therefore, ReadyCap maintains that cause exists pursuant to 11 USC Sec. 362(d)(1) for the automatic stay to be lifted, or, in the alternative, for the entry of a court order directing the Debtor to make adequate protection payments forthwith.

16-00009

13. Pursuant to the Court's guidelines, Debtors are required to make adequate protection payments equal to the amount owed pursuant to the mortgages on the property or 31% of their gross monthly income, whichever is less.

14. Debtors' petition lists their combined gross monthly income as being $6,6666.66.  31% of that amount would equate to adequate protection payments for the 264 Tulane Road, Venice, Florida property in the amount of $2,150.54.

15. Debtors' petition indicates that they are making monthly payments of $1,066.74 to Specialized Loan Servicing and $134.97 to Bank of America to pay the first and second mortgages on the house.

16. According to the Court guidelines, the Debtors should pay ReadyCap Lending LLC the sum of $948.53 per month which would be within the 31% threshold for adequate protection payments. Currently, the plan does not propose any payments to ReadyCap Lending pending Mortgage Modification Mediation.

17. ReadyCap Lending requests that in the event a hearing is necessary that the hearing be held with thirty (30) days.

18. ReadyCap Lending seeks its attorney's fees and costs incurred in filing this motion.


Wherefore, ReadyCap Lending requests that the automatic stay be lifted so that it may be permitted to protect its security interest in the Debtors' property, or in the alternative that the Debtors make regular cash payments to ReadyCap Lending or the Trustee be directed to make the payments out of the Debtors' monthly Chapter 13 payments, that the Debtors be required to pay ReadyCap's attorney's fees and costs incurred in filing this motion, that a hearing by

16-00009

scheduled within thirty (30) days, and for such other and further relief as the Court may deem

just and proper.

Dated this 14th day of May, 2019.

              _s/ Clive N. Morgan
              Clive N. Morgan
              Attorney for ReadyCap Lending,
              Busch Slipakoff Mills & Slomka
              6712 Atlantic Blvd.
              Jacksonville, FL 32211
              Tel: (904) 508-0760
              email:floridapleadings@bsms.law

## CERTIFICATE OF SERVICE

I certify that I have caused to be served a copy of the foregoing Notice of Appearance, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on the attached matrix, this 14th day of May, 2019.

              /s/ Clive N. Morgan
              Clive N. Morgan
              Florida Bar No. 357855

Copies Furnished To All Parties on the Attached Matrix

16-00009

Label Matrix for local noticing
113A-8
Case 8:19-bk-03978-RCT
Middle District of Florida
Tampa
Tue May 14 10:23:21 EDT 2019

Aileen A Cangelosi
264 Tulane Road
Venice, FL 34293-6551

Eric Stephen Cangelosi Sr.
264 Tulane Road
Venice, FL 34293-6551

ReadyCap Lending, LLC
420 Mountain Avenue
3rd Floor
New Providence, NJ 07974-2736

AFS/AmeriFinancial Solutions, LLC.
Po Box 65018
Baltimore, MD 21264-5018

Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438-0901

Bank of America
100 North Tyron Street
Charlotte, NC 28255-0001

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Citi/Sears
Citibank/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Collection Information Burea
202 North Federal Highway
Lake Worth, FL 33460-3438

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Designed Receivable Solutions, Inc. / DR
Attn: Bankruptcy
1 Centerpointe Drive, Suite 450
La Palma, CA 90623-1089

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Global Physician Network
PO Box 10570
Daytona Beach, FL 32120-0570

IRS, Dept of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Natiowide Recovery Service
Attn: Bankruptcy
Po Box 8005
Cleveland, TN 37320-8005

Sarasota Fire Department
PO Box 31321
Tampa, FL 33631-3321

Specialized Loan Servicing
Attn:  Bankruptcy Dept
8742 Lucent Blvd #300
Highlands Ranch, CO 80129-2386

Specialized Loan Servicing/SLS
8742 Lucent Blvd
Highlands Ranch, CO 80129-2386

State Collection Service
Attn: Bankruptcy
Po Box 6250
Madison, WI 53716-0250

Suntrust Bank
Attn: Bankruptcy
Mail Code VA-RVW-6290 PO Box 85092
Richmond, VA 23285-5092

Tnb-Visa  (TV) / Target
C/O Financial & Retail Services
Mailstop BV   PO Box 9475
Minneapolis, MN 55440-9475

Venice Regional Bayfront
PO Box 188
Brentwood, TN 37024-0188

Clive N. Morgan +
Morgan Legal, P.A.
6712 Atlantic Boulevard
Jacksonville, FL 32211-8730

United States Trustee - TPA7/13 7+
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Alexander Scott Dennison +
Dennison Law, P.A.
935 N Beneva Road, Suite 609 #103
Sarasota, FL 34232-1334

Kelly Remick +
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City, FL 33571-6099

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Readycap Lending          End of Label Matrix
420 Mountain Ave             Mailable recipients    29
3rd Floor                    Bypassed recipients     1
New Providence, NJ 07974-2736   Total                30