

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/12/2019 10:00 AM

COURTROOM   9B

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:19-bk-03978-RCT** | 13 | **04/29/2019** |

**Chapter 13**

| | |
|---|---|
| **DEBTOR:** | Eric Cangelosi |
| | Aileen Cangelosi |
| **DEBTOR ATTY:** | **Alexander Dennison** |
| **TRUSTEE:** | **Kelly Remick** |

**HEARING:**

Motion for Relief from Stay or in the alternative, for Adequate Protection Re: 264 Tulane Drive, Venice, FL. Filed by Clive N. Morgan on behalf of Creditor ReadyCap Lending, LLC (Doc. 13)

**APPEARANCES:**:   CAROLINE PRINTY, CLIVE MORGAN.

**RULING:**
Motion for Relief from Stay or in the alternative, for Adequate Protection Re: 264 Tulane Drive, Venice, FL. Filed by Clive N. Morgan on behalf of Creditor ReadyCap Lending, LLC (Doc. 13) -   CONTINUED TO 07/31/19 AT 10:00 AM. ANNOUNCED IN OPEN COURT; NO FURTHER NOTICE.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.