# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re

Eric Stephen Cangelosi, Sr.
and
Aileen A Cangelosi

                    CHAPTER   13
                    CASE NO.   8:19-bk-03978-RCT

Debtor(s)
_____/

## OBJECTION BY SPECIALIZED LOAN SERVICING LLC TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE DEBTOR(S)

SPECIALIZED LOAN SERVICING LLC("Creditor"), by the undersigned attorneys, objects to confirmation of the Plan ("Plan") as proposed by the Debtor(s) and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provision(s) to which this Objection is directed.  In support of this Objection, the Creditor states as follows:

1.      For value received, the Debtor(s) executed and delivered a Note and Mortgage ("Loan Documents") as evidence of indebtedness to Creditor.  Said indebtedness is secured by property more particularly described in the Mortgage as: REAL PROPERTY LOCATED: 264 TULANE RD VENICE, FL 34293, LEGALLY DESCRIBED AS: LOTS 13662, 13663 AND THE WEST 1/2 OF LOT 13664, SOUTH VENICE, UNIT NO. 52, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 7, PAGE 19, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA. ("Collateral"). Reasons for objection: See below.

### Failure to Provide for Full Payment of Prepetition Arrearages

2.      The Creditor will be filing a Claim which sets forth prepetition arrearages in the approximate amount of $22,619.24, which are due and owing in regards to the loan.

3.      The Plan fails to provide for payment of the full amount of these prepetition arrearages through the Plan.

4.      The Plan fails to comply with 11 U.S.C. §1325 (a)(5) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C. §361. In addition, Creditor does not agree to such treatment through the Plan.

5. Creditor will withdraw this Objection in the event that the Plan is amended to conform to the Creditor's proof of claim or otherwise satisfactorily address the issue(s) raised in this Objection.

WHEREFORE, Creditor prays for the entry of an appropriate order denying confirmation with respect to the Plan as proposed and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provisions to which this Objection is directed.

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:    (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on July 1, 2019, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Eric Stephen Cangelosi, Sr. and Aileen A Cangelosi , 264 Tulane Road , Venice, FL 34293; Alexander Scott Dennison 935 N Beneva Road, Suite 609 #103 , Sarasota, FL 34232; Kelly Remick, Trustee Post Office Box 6099, Sun City, FL 33571.

/s/ Nicole Mariani Noel
Nicole Mariani Noel (x1343)

1909946B/mdm