UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

ERIC CANGELOSI and
AILEEN CANGELOSI,                                       Case No. 8:19-bk-03978-RCT
                                                         Chapter 13

    Debtors.
_____/

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

ReadyCap Lending, LLC (ReadyCap) by and through its undersigned counsel, files its Objection to Confirmation of Chapter 13 Plan of the Debtors, and states as follows:

1. For value received, the Debtors executed and delivered a Note and Mortgage now held by ReadyCap. The debt was secured in part by a mortgage on the Debtor's residence located at 264 Tulane Road, Venice, FL 34293, and more particularly described as follows:

    **LOT 13662, 13663 AND THE WEST ½ OF LOT 13664, SOUTH VENICE UNIT 52, ACCOREING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 7, PAGE 19 OF THE PUBLIC RECORDS OF SARSOTA COUNTY, FLORIDA.**

2. ReadyCap has a third mortgage on the above described real property. The property has equity that covers most if not all of the secured debt to ReadyCap.

3. ReadyCap will be filing a proof of claim that will allege arrearages since November 1, 2017.

16-00009

4. The plan currently does not propose to make full payments to ReadyCap to satisfy the indebtedness, and in fact does not propose any payments to ReadyCap at this time.

5. Debtors say in the plan that they propose to engage in mortgage modification mediation regarding the claim of ReadyCap. However, they have not complied with the court procedures for mortgage modification mediation and have made no efforts to set it up

6. The loan went into default, and the parties entered into a Forbearance Agreement in July 2016, a copy of which is attached to ReadyCap's motion as Exhibit B.

7. As currently stated, the plan fails pursuant to 11 U.S.C. Section 1325 (a) (5) in that ReadyCap does not accept the plan as the plan makes no payment to it.

Wherefore, ReadyCap Lending requests that the court enter an order denying confirmation of the Plan as proposed and any other plan filed the Debtors that do not provide for ReadyCap's claim.

Dated this 10th day of July, 2019.

         _s/ Clive N. Morgan  
         Clive N. Morgan  
         Attorney for ReadyCap Lending,  
         Busch Slipakoff Mills & Slomka  
         6712 Atlantic Blvd.  
         Jacksonville, FL 32211  
         Tel: (904) 508-0760  
         email:floridapleadings@bsms.law

## CERTIFICATE OF SERVICE

    I certify that I have caused to be served a copy of the foregoing Notice of Appearance, by CM/ECF to Alexander Scott Dennison, Attorney for the Debtors, and Kelly Remick, Trustee, and by first class mail, postage prepaid to the parties below:

Eric Stephen Cangelosi, Sr.
Aileen A. Cangelosi
Debtors
264 Tulane Road
Venice, FL 34293

                                             /s/ Clive N. Morgan
                                             Clive N. Morgan
                                             Florida Bar No. 357855

16-00009