

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/31/2019 10:00 AM

COURTROOM   9B

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:19-bk-03978-RCT | 13 | 04/29/2019 |

**Chapter 13**

**DEBTOR:**         Eric Cangelosi

                            Aileen Cangelosi

**DEBTOR ATTY:**   **Alexander Dennison**

**TRUSTEE:**        **Kelly Remick**

**HEARING:**

Motion for Relief from Stay or in the alternative, for Adequate Protection Re: 264 Tulane Drive, Venice, FL. Filed by Clive N.
         Morgan on behalf of Creditor ReadyCap Lending, LLC (Doc. 13)
         (Contd from 06/12/19)
         .

**APPEARANCES:**:   KELLY REMICK, ALEXANDER DENNISON, CLIVE MORGAN.

**RULING:**
Motion for Relief from Stay or in the alternative, for Adequate Protection Re: 264 Tulane Drive, Venice, FL. Filed by Clive N.
Morgan on behalf of Creditor ReadyCap Lending, LLC (Doc. 13) -   PARTIES TO SUBMIT AGREED ORDER.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders
not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket
entry/document is not an official order of the Court.