ORDERED.

Dated:  August 09, 2019

*Roberta A. Colton*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

ERIC CANGELOSI and
AILEEN CANGELOSI,                                                     Case No. 8:19-bk-03978-RCT
                                                                                       Chapter 13

      Debtors.
_____/

**ORDER DENYING READYCAP LENDING, LLC'S
MOTION FOR RELIEF FROM THE AUTOMATIC
STAY, GRANTING ITS MOTION FOR ADEQUATE PROTECTION,
AND INSTRUCTING DEBTORS TO FILE AN AMENDED CHAPTER 13 PLAN**

THIS CASE came for hearing on July 31, 2019, on ReadyCap Lending, LLC ("ReadyCap") Motion for Relief from the Automatic Stay, or in the alternative, for Adequate Protection (Doc. 13) (the "Motion").  After reviewing the pleadings and considering the position of the parties, its is

    **ORDERED:**

1. The Motion (Doc. 13) is granted in part and denied in part.

2. The request for relief from the automatic stay is denied.

3. The request for adequate protection is granted.

4. ReadyCap is granted adequate protection payments in the amount of $948.53 per month starting in August 2019, which will be paid by the Chapter 13 trustee.

5. Since adequate protection payments due ReadyCap are to be paid by the Trustee, the Debtors are directed to file an Amended Chapter 13 Plan within fifteen (15) days of entry of this Order, which shall contain a provision providing for adequate protection payments to ReadyCap in the amount of $948.53.

6. Upon the filing of the Amended Chapter 13 Plan with the provision outlined above, the Trustee shall begin making disbursements to ReadyCap, subject to the Trustee's regular practices and procedures.

Clive N. Morgan is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.