UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

ERIC STEPHEN CANGELOSI, SR.
AILEEN A. CANGELOSI,

Case No. 8:19-bk-03978-RCT
Chapter 13

        Debtors.

_____/

## AMENDED OBJECTION TO CHAPTER 13 PLAN BY ALLY FINANCIAL

Ally Financial, by and through its undersigned attorney, hereby files its Objection to the

Chapter 13 Plan dated August 27, 2019 (Doc 32), and would show:

1.    The claim of Ally Financial is secured by a 2016 Honda Civic, VIN

19XFC1F98GE006918, which is valued at $19,725.00 retail, according to the NADA guide in effect

on April 29, 2019, the date of filing.   The amount due on the secured claim is $23,909.61.

2.    **The Plan fails to provide adequate protection for the interest of Creditor,
because it values Creditor's secured claim lower than the replacement value of the collateral.**

3.    **The Plan fails to pay the secured claim in full, because it does not pay the
appropriate rate of interest on the secured claim.   11 U.S.C. 1325(a)(5) requires that the
present value of the payments made under the Plan be at least equal to the allowed amount of
the secured claim.**

4.       Ally Financial will withdraw this objection if the plan is modified to either pay the

claim on its original terms, or pay the claim valued at $19,725.00, with interest at the rate of 7.5%

per year.

DATED: October 11, 2019.

Andrew W. Houchins
Florida Bar No. 59017
Rush, Marshall, Jones and Kelly, P.A.
P.O. Box 3146
Orlando, Florida 32802
Telephone (407) 425-5500
Facsimile (407) 423-0554
ahouchins@rushmarshall.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this ____ day of
October 2019, by electronic notice if registered in the Electronic Case Filing system, otherwise by
first class postage prepaid U.S. Mail to: Eric Stephen Cangelosi, Sr., 264 Tulane Road, Venice FL
34293, Aileen A. Cangelosi, 264 Tulane Road, Venice FL 34293, Debtors, Alexander Scott
Dennison, 935 N. Beneva Road, #609, #103, Sarasota, FL  34232, Attorney for Debtors, Kelly
Remick, P.O. Box 6099, Sun City, FL 33571, Office of the U.S. Trustee, 400 W. Washington St.,
Suite 1100, Orlando, FL 32801.

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn:Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146

By: _____
Andrew W. Houchins, for the firm
Florida Bar No. 59017
Telephone 407-425-5500
Facsimile 407-423-0554
email: ahouchins@rushmarshall.com

1621.75269
Y8702 0205