**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:  **Eric Cangelosi Sr.**
     **Aileen Cangelosi**                  **Case No. 8:19-bk-03978-RCT**
                                     **Chapter 13**

               **Debtor(s).**     /

## NOTICE OF CHANGE OF ADDRESS

    The undersigned hereby gives Notice of Change of Address of Creditor Ready Capital

Corporation on its Proof of Claim #2 filed on May 7, 2019 and submits the following information:

Old name and address of Claimant:        ReadyCap Lending
                                           420 Mountain Avenue. 3rd Floor
                                           New Providence, NJ 07974
                                           (D) 973-577-4726

New name and mailing address:         Ready Capital Corporation
                                           c/o Eileen Bottino
                                           Senior Associate, Problem Loan Management
                                         200 Connell Drive. Suite 4000
                                         Berkeley Heights, NJ 07922
                                         eileen.bottino@readycapital.com
                                         (D) 973-577-4637
                                         (F) 973-577-4684

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the Notice of Change of Address**,** was sent this January 13, 2020, via CM/ECF to all parties eligible to receive electronic notice and to all parties on the attached matrix.

                         /s/ Howard P. Slomka
                         Howard P. Slomka, Esq.
                         Florida Bar No.: 018697
                         Busch Slipakoff Mills & Slomka LLC
                         3350 Riverwood Parkway. Suite 2100
                         Atlanta, Georgia. 30339
                         Telephone: 404-800-4017
                         Email: hs@bsms.law
                         Attorney for Ready Capital Corporation

Label Matrix for local noticing
113A-8
Case 8:19-bk-03978-RCT
Middle District of Florida
Tampa
Mon Jan 13 16:09:48 EST 2020

Ally Financial
c/o Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146

Bank of America, N.A.
Marinosci Law Group, P.C.
c/o Frederic Dispigna, Esq.
100 West Cypress Creek Road
Suite 1045
Fort Lauderdale, FL 33309-2191

ReadyCap Lending, LLC
420 Mountain Avenue
3rd Floor
New Providence, NJ 07974-2736

Specialized Loan Servicing LLC
14841 Dallas Pkwy Suite 425
Dallas, TX 75254-8067

Specialized Loan Servicing LLC
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601-0800

United States Trustee - TPA7/13 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

AFS/AmeriFinancial Solutions, LLC.
Po Box 65018
Baltimore, MD 21264-5018

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438-0901

Bank of America
100 North Tyron Street
Charlotte, NC 28255-0001

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Citi/Sears
Citibank/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Collection Information Burea
202 North Federal Highway
Lake Worth, FL 33460-3438

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Designed Receivable Solutions, Inc. / DR
Attn: Bankruptcy
1 Centerpointe Drive, Suite 450
La Palma, CA 90623-1089

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Global Physician Network
PO Box 10570
Daytona Beach, FL 32120-0570

IRS, Dept of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Natiowide Recovery Service
Attn: Bankruptcy
Po Box 8005
Cleveland, TN 37320-8005

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sarasota Fire Department
PO Box 31321
Tampa, FL 33631-3321

Specialized Loan Servicing
Attn:  Bankruptcy Dept
8742 Lucent Blvd #300
Highlands Ranch, CO 80129-2386

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

Specialized Loan Servicing/SLS
8742 Lucent Blvd
Highlands Ranch, CO 80129-2386

State Collection Service
Attn: Bankruptcy
Po Box 6250
Madison, WI 53716-0250


SunTrust Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Suntrust Bank
Attn: Bankruptcy
Mail Code VA-RVW-6290 PO Box 85092
Richmond, VA 23285-5092

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132


Tnb-Visa (TV) / Target
C/O Financial & Retail Services
Mailstop BV   PO Box 9475
Minneapolis, MN 55440-9475

Venice Regional Bayfront
PO Box 188
Brentwood, TN 37024-0188

Venice Regional Bayfront Health
c/o PASI
PO Box 188
Brentwood, TN 37024-0188


Aileen A Cangelosi
264 Tulane Road
Venice, FL 34293-6551

Alexander Scott Dennison
Dennison Law, P.A.
935 N Beneva Road, Suite 609 #103
Sarasota, FL 34232-1334

Eric Stephen Cangelosi Sr.
264 Tulane Road
Venice, FL 34293-6551


Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City, FL 33571-6099


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Specialized Loan Servicing LLC
14841 dallas pkwy suite 425
dallas, tx 75254-8067

(d)Readycap Lending
420 Mountain Ave
3rd Floor
New Providence, NJ 07974-2736

End of Label Matrix
Mailable recipients    42
Bypassed recipients     2
Total                  44