# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                         Case No.8:19-bk-03978-RCT

ERIC STEPHEN CANGELOSI, SR.                    Chapter 13
AILEEN A CANGELOSI

Debtors.*

_____/

## TRUSTEE'S MOTION TO DISMISS FOR
## FAILURE TO MAKE PAYMENTS TO THE TRUSTEE

> ### NOTICE OF OPPORTUNITY TO
> ### OBJECT AND REQUEST FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 and serve a copy on the movant, **Kelly Remick, Chapter 13 Standing Trustee at P.O. Box 89948, Tampa, Florida 33689-0416,** and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

KELLY REMICK, the Chapter 13 Standing Trustee, by and through her undersigned attorney, hereby moves to dismiss the above-styled Chapter 13 case, and in support thereof would state as follows:

1.  As of August 7, 2020, the Debtor is delinquent in payments ordered to be paid to the Chapter 13 Trustee to the extent of $9,898.40, which sum is through and including the

---

*All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

July 2020 payment. The Debtor's next plan payment of $3,615.00 is due August 29, 2020.

2.   The Debtor's failure to make timely payments to the Chapter 13 Trustee is contrary to the terms of the Administrative Order entered in this case and as such constitutes grounds for dismissal pursuant to 11 U.S.C. §1307(c)(1) as a willful failure of the Debtor to abide by Orders of the Court and as an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for failure to make plan payments for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Dismiss for Failure to Make Payments to the Trustee was furnished, by U.S. Mail and/or CM/ECF, to Eric Stephen Cangelosi, Sr., 264 Tulane Road, Venice, FL 34293; Aileen A Cangelosi, 264 Tulane Road, Venice, FL 34293 and Dennison Law, P.A., 935 North Beneva Road, Suite 609, #103, Sarasota, FL 34232, on this 7th day of August, 2020.

/s/ Caroline Printy, Esquire
CAROLINE PRINTY, ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0856185
Attorney for the Trustee

KR/CCP/ns